**HSBC Bank USA, N.A. v Hillman**

2025 NY Slip Op 31979(U)

June 3, 2025

Supreme Court, New York County

Docket Number: Index No. 157146/2023

Judge: Ashlee Crawford

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: __HON. ASHLEE CRAWFORD__                   PART          38M

_Justice_

-------------------------------------------------------------------X    INDEX NO.          157146/2023

HSBC BANK USA, NATIONAL ASSOCIATION, As
TRUSTEE FOR WELLS FARGO ASSET SECURITIES          MOTION DATE        08/15/2024
CORPORATION, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR19,                   MOTION SEQ. NO.        003

Plaintiff,

- v -                                       DECISION + ORDER ON
                                                           MOTION
RON HILLMAN, ROBERT BABAK PILTAN, and LKJ LC,

Defendants.

-------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 003) 38, 39, 40, 41, 42,
43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
71, 72, 73

were read on this motion to/for                    ALTERNATE SERVICE                    .

On July 17, 2023, plaintiff HSBC Bank USA, National Association, as trustee for Wells

Fargo Asset Securities Corporation, Mortgage Pass-through Certificates, Series 2006-AR19,

commenced this RPAPL 1503 re-foreclosure action to compel the determination of claims to the

premises located at 350 West 42nd Street, Unit 35C, New York, New York (Block 1032, Lot

1340). Named as defendants are Ron Hillman, Robert Babak Piltan, and LKJ LC (NYSCEF

Docs. 1-3).[1]

---

[1] Plaintiff commenced a prior mortgage foreclosure action against the same premises under
Index No. 850039/2015 (_HSBC Bank USA, N.A. v Susan Proctor, et al._). In that action, Ron
Hillman was a named defendant, but was granted dismissal due to improper service (_id._ at
NYSCEF Doc. 216). LKJ sought to intervene, but its motion was denied (_id._ at NYSCEF Docs.
335-368, 372). A judgment of foreclosure and sale was entered in the prior foreclosure action on
April 29, 2021 (_id._ at NYSCEF Doc. 323).

157146/2023   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO          Page 1 of 4
ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2006-AR19 vs. HILLMAN, RON ET AL
Motion No. 003

1 of 4

By prior order dated July 11, 2024, the Court (Nock, J.) denied without prejudice to renewal plaintiff's motion for alternate service by publication; to amend the caption; and for the appointment of a guardian ad litem and military attorney due to missing exhibits and illegible documents (NYSCEF Doc. 24, Motion Seq. 001).

Now, plaintiff moves anew for an order directing service by publication, the appointment of a guardian ad litem and military attorney, amending the caption, and granting a 120-day extension to serve all defendants (NYSCEF Doc. No 38). The motion is unopposed.

Plaintiff asserts that it has been unable to locate and serve defendants Ron Hillman ("Hillman") and Robert Babak Piltan ("Piltan")(NYSCEF Doc. 40 ¶¶ 6-7). Since plaintiff is unsure whether Hillman and Piltan are living, plaintiff seeks to add as party defendants "those persons who may have possibly acquired [Hillman and Piltan's] interest in the mortgaged premises" (*id.*, ¶ 8); requests the appointment of a Guardian Ad Litem and Military Attorney for possible "absentees, infants or incompetents of unknown successors in interest of defendants" (*id.*, ¶ 11); and seeks leave to serve the foregoing by publication within an additional 120 days (*id.*, ¶ 13). Plaintiff also claims it has been unable to serve defendant LKJ LC and requests an additional 120 days to do so pursuant to CPLR § 306(b)(*id.*, ¶ 9). Finally, plaintiff seeks to add PEOPLE OF THE STATE OF NEW YORK and UNITED STATES OF AMERICA as defendants "by virtue of the possibility of unpaid estate taxes due upon" Hillman and Piltan, and to amend the caption accordingly (*id.*, ¶ 10).

Upon review of plaintiff's papers, its motion is GRANTED IN PART only to the extent that the caption shall be amended to add defendants the People of the State of New York and United States of America; and that plaintiff shall have a 120-day extension of time to serve all defendants in the interest of justice (Leader v Maroney, Ponzini & Spencer, 97 NY2d 95, 105 [2001]; Henneberry v Borstein, 91 AD3d 493, 496 [1st Dept 2012]; CPLR § 306-b).

**157146/2023 HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO**                    Page 2 of 4
**ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2006-AR19 vs. HILLMAN, RON ET AL
Motion No. 003**

[* 2]                                                    2 of 4

The remainder of plaintiff's motion, seeking leave to serve process by publication and for the appointment of a GAL, is DENIED. Plaintiff has failed to establish that service upon defendants Hillman and Piltan is impracticable pursuant to CPLR § 308(1),(2) and (4), such that service by publication would be warranted. Indeed, the Court's own records show that both Hillman and Piltan are actively involved in litigation in a separate action in this Court (Robert Babak Piltan v Ronald Hillman a/k/a Ron Hillman, Index No. 653934/2020). At a minimum, the summons filed in that case reflects a Nevada address for Piltan (Index No. 653934/2020, NYSCEF Doc. 1). Accordingly, it is

ORDERED that that part of plaintiff's motion seeking an extension of time to serve all defendants is GRANTED, and plaintiff shall complete service within 120 days of entry of this order; and it is further

ORDERED that that part of plaintiff's motion to amend the caption to add as party defendants the People of the State of New York and the United States of America is GRANTED; and it is further

ORDERED that the caption of this action is amended to read as follows:

-----------------------------------------------------------------------x

HSBC BANK USA, NATIONAL ASSOCIATION, AS      Index No.: 157146/2023
TRUSTEE FOR WELLS FARGO ASSET SECURITIES
CORPORATION, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR19,

                                   Plaintiff,

          -against-

RON HILLMAN, ROBERT BABAK PILTAN, LKJ LC,
PEOPLE OF THE STATE OF NEW YORK, and
UNITED STATES OF AMERICA,

                                  Defendants.

-----------------------------------------------------------------------x

; and it is further

ORDERED that the remainder of plaintiff's motion, seeking leave to serve process by publication upon defendants Ron Hillman and Robert Babak Piltan, and for the appointment of a guardian ad litem and military attorney, is DENIED; and it is further

ORDERED that within 120 days of entry of this order, plaintiff shall file via NYSCEF and serve on all defendants a supplemental summons, amended complaint, and amended notice of pendency in a form consistent with this decision and order, together with a copy of this order with notice of entry; and it is further

ORDERED that plaintiff shall serve a copy of this order with notice of entry upon the County Clerk and the Clerk of the General Clerk's Office, who are directed to mark the Court's records to reflect the defendants being added; and it is further

ORDERED that such service upon the County Clerk and the Clerk of the General Clerk's Office shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website); and it is further

ORDERED that the Clerk of the Court shall calendar a control date of October 31, 2025 (no appearance required).

This constitutes the decision and order of the Court.

| 6/3/25 | |
| --- | --- |
| DATE | ASHLEE CRAWFORD, J.S.C. |

CHECK ONE:   ☐ CASE DISPOSED   ☒ NON-FINAL DISPOSITION

☐ GRANTED   ☐ DENIED   ☒ GRANTED IN PART   ☐ OTHER

APPLICATION:   ☐ SETTLE ORDER   ☐ SUBMIT ORDER

CHECK IF APPROPRIATE:   ☐ INCLUDES TRANSFER/REASSIGN   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE

157146/2023   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR19 vs. HILLMAN, RON ET AL
Motion No. 003

Page 4 of 4

4 of 4

[* 4]